# EXHIBIT 1

FILED 07/17/2023 3:22:40 PM
LORI CARAWAY
DISTRICT CLERK
BOWIE COUNTY, TEXAS
Teresa Tipps  ,DEPUTY

**Cause No. 99-F-506-5**

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | **IN THE 5TH DISTRICT** |
| **VS.** | § | **COURT OF** |
| **WILLIAM SPEER** | § | **BOWIE COUNTY, TEXAS** |

### ORDER SETTING EXECUTION DATE

The Texas Court of Criminal Appeals having affirmed the prisoner's conviction, and mandate having issued, the prisoner's conviction is now final. *See Speer v. State,* No. 74,253, 2003 WL 22303983(Tex. Crim. App. Oct. 8, 2003). The prisoner's original application for habeas corpus relief was denied without written order by the Court of Criminal Appeals. *See Ex parte Speer,* No. 59,101-01, 2004 WL 7330992 (Tex. Crim. App. June 30, 2004). Similar relief has been denied by the District Court for the Eastern District of Texas. *See Speer v. Dir., TDCJ-CID,* No. 2:04CV269, 2018 WL 11350042 (E.D. Tex. Sept. 14, 2018), aff'd sub nom. *Speer v. Lumpkin*, 845 Fed. Appx. 345 (5th Cir. 2021), opinion withdrawn and

superseded on reh'g, 860 Fed. Appx. 66 (5th Cir. 2021), *cert. denied,* 213 L. Ed. 2d 1041, 142 S. Ct. 2818 (2022). Subsequent applications for writs of habeas corpus have been dismissed or denied by the Texas Court of Criminal Appeals.

**The Court hereby issues this Order setting an execution date.**

Pursuant to Texas Code of Criminal Procedure Art. 43.141(a)(1) and 43.141(c), this Court now enters the following order:

IT IS ORDERED that the prisoner, WILLIAM SPEER, who has been adjudged guilty of Capital Murder as charged in the indictment and whose punishment has been assessed by the verdict of the jury and the judgment of the Court as death, shall be kept in custody by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice, until Thursday, October 26, 2023, upon which day, at the Correctional Institutions Division of the Texas Department of Criminal Justice at Huntsville, Texas, at any time after 6:00

p.m., in a room arranged for the purpose of execution, the Director, acting as provided by law, is commanded to carry out this sentence of death by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of WILLIAM SPEER and until WILLIAM SPEER is dead, such procedure to be determined and supervised by the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice.

**THE CLERK OF THIS COURT SHALL, pursuant to Art. 43.141(b-1) of the Code of Criminal Procedure:**

**(1) <u>not later than the second business day</u> after the date on which the convicting court enters the order setting the execution date, send a copy of the order by first-class mail, e-mail, or fax to:**

(a) The defendant's attorneys in the most recently concluded stage of a state or federal post-conviction proceeding:

(1) Joshua Freiman, Federal Public Defender's Office, Western District of Texas, 919 Congress Ave., Ste. 950, Austin, Texas 78701, <u>Joshua_freiman@fd.org</u>; and

(2) John Nickelson, Nickelson Law, 7591 Fern Ave., Suite 1403, Shreveport, Lousiana 71105, connect@nickelsonlaw.com.

(b) Special Prosecution Unit, General Counsel, Melinda Fletcher, 1300 W. 11th St., Suite 520, Huntsville, Texas 77340, mfletcher@sputexas.org;

(c) Stephen Hoffman, Assistant Attorney General, Criminal Appeals Division, Attorney General's Office, P. O. Box 12548, Austin, Texas  78701, Stephen.Hoffman@oag.texas.gov; and

(d) Mr. Ben Wolff, Director, Office of Capital and Forensic Writs, 1700 N. Congress, Suite 460, Austin, Texas 78701, Benjamin.Wolff@ocfw.texas.gov.

**FURTHER, THE CLERK OF THIS COURT SHALL, within ten days after the Court enters this Order Setting Execution, issue and deliver to the Sheriff of Bowie County, Texas, a certified copy of this Order along with a Death Warrant in accordance with Texas Code of Criminal Procedure Art. 43.15.** The Death Warrant shall recite (1) the fact of conviction, (2) set forth the specific offense, (3) the judgment of the Court, and (4) the time fixed for execution. The Death Warrant shall be directed to the Director of the Correctional Institutions Division of the Texas Department of Criminal Justice at Huntsville,

Texas, and command the Director to proceed to put into execution the judgment of death against WILLIAM SPEER.

**THE SHERIFF OF BOWIE COUNTY, TEXAS, IS ORDERED, upon receipt of the Death Warrant, to deliver the Death Warrant and a certified copy of this Order to the Director of the Correctional Institutions Division of Texas Department of Criminal Justice, Huntsville, Texas.**

SIGNED AND ENTERED this __17th__ day of July, 2023.

_____
Signed: 07/17/2023 15:16:07
Judge Bill Miller 99F0506-005
Presiding Judge
5th District Court
Bowie County, Texas

A CERTIFIED COPY
ATTEST LORI CARAWAY
District Clerk, Bowie County, Texas
July 17th                    20 23
BY: Teresa Tipps, Deputy