IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM SPEER, | § | |
| *Plaintiff*, | § | |
| | § | CIVIL ACTION NO. 4:23-cv-03958 |
| v. | § | **DEATH PENALTY CASE** |
| | § | |
| BOBBY LUMPKIN, et al., | § | |
| *Defendants*. | § | |

**DEFENDANTS' NOTICE OF APPEARANCE**

This case involves a federal civil rights complaint filed pursuant to 42 U.S.C. § 1983 by Texas death row inmate William Speer. ECF No. 1. The undersigned attorney hereby enters this appearance of counsel on behalf of Defendants Bryan Collier, Executive Director, Texas Department of Criminal Justice, Bobby Lumpkin, Director, Texas Department of Criminal Justice, Correctional Institutions Division, and Kelly Strong, Senior Warden, Texas Department of Criminal Justice, Huntsville Unit.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JOSH RENO
Deputy Attorney General
for Criminal Justice

EDWARD L. MARSHALL
Chief, Criminal Appeals Division


s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN
Assistant Attorney General
Texas Bar No. 24048978
Southern District Bar No. 602073
P. O. Box 12548, Capitol Station
Austin, Texas 78711
Tel: (512) 936-1400
Fax: (512) 320-8132
Email: Stephen.Hoffman@oag.texas.gov

ATTORNEYS FOR DEFENDANTS

# CERTIFICATE OF SERVICE

I do herby certify that on October 19, 2023, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Southern District of Texas, using the electronic case-filing system of the Court. The electronic case-filing system sent a "Notice of Electronic Filing" (NEF) to the following counsel of record, who consented in writing to accept the NEF as service of this document by electronic means:

Joshua Aaron Freiman
Federal Public Defender Office
Capital Habeas Unit
919 Congress Avenue
Suite 950
Austin, TX 78701
Email: joshua_freiman@fd.org

Marie Hanewinckel
Covington & Burling LLP
One CityCenter
850 Tenth Street Northwest
Washington, DC 20001
Email: mhanewinckel@cov.com

Taryn Winston
Covington & Burling LLP
One CityCenter
850 Tenth Street, Northwest
Washington DC, DC 20001
Email: twinston@cov.com

s/ Stephen M. Hoffman
STEPHEN M. HOFFMAN
Assistant Attorney General
