United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM KEITH SPEER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-3958 |
| | § | |
| BOBBY LUMPKIN, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

William Keith Speer, currently in custody at the Polunsky Unit in Livingston, has filed a complaint under 42 U.S.C. § 1983. Speer has also filed an application for leave to proceed *in forma pauperis*. (Docket Entry No. 2). Speer files his motion as "the continuation of counsel's representation of Mr. Speer under the 18 U.S.C. § 3599(a)(2) appointment, where indigent status was granted," and he states that "therefore no affidavit or declaration is attached in support of this motion." (Docket Entry No. 2 at 2). The Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(b)—not 18 U.S.C. § 3599(a)(2)—governs this civil-rights litigation. The PLRA requires prisoners to pay an initial partial filing fee if they are able to do so. The statute also requires prisoners to pay the balance of the full filing fee of $350.00. The PLRA does not contain any exemption from paying the required filing fee when another court has appointed counsel in unrelated litigation.

Speer has not submitted a certified trust fund account statement indicating the balance of his prison funds. Without that information, the Court cannot calculate the amount to assess as an initial partial filing fee. Accordingly, the Court **DENIES** Speer's motion to proceed *in forma pauperis* **WITHOUT PREJUDICE**.

1

Marie Hanewinckel and Taryn Winston, counsel for Speer, have moved to appear *pro hac vice*. (Docket Entry Nos. 3, 4). The Court **GRANTS** the *pro hac vice* motions.

The Clerk will provide copies of this Order to the parties.

SIGNED on _____OCT 2 0 2023_____ at Houston, Texas.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE