United States District Court
Southern District of Texas
**ENTERED**
October 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WILLIAM KEITH SPEER, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:23-cv-3958 |
| | § | |
| BOBBY LUMPKIN, et al. | § | |
| | § | |
| Defendants. | § | |

### ORDER

William Keith Speer faces an October 26, 2023, execution date. Speer has filed a complaint under 42 U.S.C. § 1983. Because Speer filed this lawsuit with little time remaining before his execution, the Court must set out an expedited briefing schedule. The Court **ORDERS** as follows:

- Speer will file any motion for a preliminary injunction or stay of execution on or before **Monday, October 23, 2023**, at **8:00 a.m.**

- The Defendants will file any response or opposition to Speer's motion on or before **Tuesday, October 24, 2023**, at **8:00 a.m.**

- Speer may file any reply by **Tuesday, October 24, 2023**, at **noon, 12:00 p.m.**

Given the short time remaining, the Court will not grant any extensions of time.

Additionally, Speer will provide a detailed update on the status of any litigation in state court that relates to the matters raised in the instant lawsuit. Speer will include copies of any relevant state-court filings that remain pending.

The Clerk will provide copies of this Order to the parties.

SIGNED on OCT 2 0 2023 at Houston, Texas.

ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE

1