# EXHIBIT 8

## DECLARATION OF SAMMIE GAIL MARTIN

I, Sammie Gail Martin, hereby declare as follows:

1. My name is Sammie Gail Martin, and I am over the age of 21 and I am competent to make this declaration. I live at ████████████████████

2. Gary L. Dickerson was my older brother. Gary had two brothers and two sisters, including me. I am the only one left. Our parents have passed away as well.

3. I testified against William Speer in his 2001 trial for the murder of my brother. At the time of the trial, I was advised by the prosecutors that I would be informed of information related to the case and any pending execution. I have not heard from anyone from the State or the prosecution since trial.

4. I found out about Mr. Speer's October 26, 2023 execution date when someone sent by Mr. Speer's defense team contacted me in September 2023. That is also the first time I heard Mr. Speer's co-defendant, Anibal Canales, had an execution date in March 2023, that was ultimately withdrawn.

5. I've often thought about Mr. Speer and have done research on his case through the internet. Once I was informed of his execution date, I have spent much time reflecting on what justice my brother and my family deserve. I've learned a lot about Mr. Speer in the past month and in my heart, I feel that he is not only remorseful for his actions but has been doing good works for others and has something left to offer the world. I feel so strongly about this that I wrote a letter to the Board of Pardons and Paroles on October 11, 2023 supporting clemency for Mr. Speer. That letter is attached to this declaration as Exhibit A.

6. I wish the State had consulted with me before seeking any execution dates in my brother's case. I do not want Mr. Speer to be executed.

I declare under penalty of perjury under the laws of the United States and State of Texas that the foregoing is true and correct to the best of my knowledge.

Subscribed to by me this /4/2 day of October 2023 in Grayson County, Texas.

*Sammie Gail Martin*
Sammie Gail Martin