# EXHIBIT 3

59,101-05

No. WR-59,101-05

IN THE COURT OF CRIMINAL APPEALS OF TEXAS
IN AUSTIN, TEXAS

RECEIVED
COURT OF CRIMINAL APPEALS
10/17/2023
DEANA WILLIAMSON, CLERK

———————————————

Ex parte WILLIAM KEITH SPEER,
Applicant.

———————————————

**MOTION FOR STAY OF EXECUTION**

———————————————

*This is a capital case.*
*Mr. Speer is scheduled to be executed Thursday, October 26, 2023.*

Donna F. Coltharp
Texas Bar No. 24001909
Asst. Federal Public Defender
Federal Public Defender for the
  Western District of Texas
919 Congress Ave., Suite 950
Austin, Texas 78701
737-207-3017
donna_coltharp@fd.org

*Counsel for Applicant*

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS
# IN AUSTIN, TEXAS

| | | |
|---|---|---|
| Ex parte<br>**WILLIAM KEITH SPEER,**<br>Applicant. | §<br>§<br>§<br>§<br>§<br>§ | No. WR-59,101-05<br><br>**CAPITAL CASE** |

## MOTION FOR STAY OF EXECUTION

Applicant William Speer, through undersigned counsel, respectfully moves to stay his execution.

Speer has pending before the Court a Motion for Leave to File an Original Application for Writ of Habeas Corpus, and an Application for Writ of Habeas Corpus Under Texas Constitution Article I, § 12 and Texas Code of Criminal Procedure Article 11.05.

As Speer's Application demonstrates, this proceeding presents substantial questions of law and deserves plenary consideration by this Court. Speer alleges an August 25 fire that destroyed a wing of the Huntsville Unit damaged TDCJ's stockpile of pentobarbital which will be used in Speer's October 26 execution. Speer also alleges that the prison's drugs are long-expired, illegally obtained, and improperly stored. Speer

1

challenges the use of these fire damaged and expired drugs under state laws, not the U.S. Constitution.

Speer has already alleged sufficient facts that, if proven, demonstrate an entitlement to relief. Speer's claims are not based on speculation. Speer's specific factual allegations and evidence show that the fire affected TDCJ's drugs.

- The prison maintains its supply of pentobarbital used in executions at the Huntsville Unit. *See* Writ Ex. 14 and 16 ("Huntsville Unit" inventory logs for pentobarbital).

- The Huntsville Unit Administration Building burned for nearly ten hours on the morning of August 25, 2023. Ex. 5.

- The Administration Building contained a "pharmacy" where the drugs would be kept. A corrections officer attempted to access the pharmacy during the fire. Ex. 5. When the officer entered the building with the help of a firefighter, they discovered that the pharmacy area was "overtaken by fire," and the two quickly retreated for their safety. *Id.*

- The prison has conducted an investigation into Speer's grievance on the subject.

The application also presents several weighty and novel procedural and legal questions. This Court has not interpreted the Texas Constitution's cruel or unusual punishments clause in a method of execution case or decided whether the text and history of the provision requires the Court to interpret the provision differently from the Eighth Amendment. This Court has not addressed the right enshrined in Article 43.24 to protect condemned inmates from the infliction of unnecessary pain, ill treatment, and torture. This Court has not confronted the state pharmacy and drug safety laws that a Travis County civil court concluded were violated by the State's use of expired pentobarbital before this Court vacated that civil court's injunction.

To the extent these issues require full briefing and argument, Speer respectfully requests that this Court file and set the case for submission and stay Speer's execution to allow for full consideration.

## PRAYER FOR RELIEF

For the reasons specified in this Motion and in his Application, Mr. Speer respectfully prays the Court stay his execution to allow these proceedings to be given the consideration that they deserve.

Respectfully submitted,

MAUREEN FRANCO
Federal Public Defender
Western District of Texas

/s/ Donna F. Coltharp
Donna F. Coltharp
Assistant Federal Public Defender
919 Congress Ave., Suite 950
Austin, Texas 78701
(737) 207-3010
donna_coltharp@fd.org

Counsel for Mr. Speer

Dated: October 16, 2023

# CERTIFICATE OF SERVICE

I certify that on October 16, 2023, I served this Motion for Stay of Execution using the Court's Electronic Case Filing system on:

>Melinda Fletcher,
>General Counsel
>Special Prosecution Unit
>1300 11th Street, Suite 520
>Huntsville, Texas 77340
>mfletcher@sputexas.org

>>/s/ Donna F. Coltharp
>>Donna F. Coltharp
>>Counsel for Applicant