United States District Court
Southern District of Texas
**ENTERED**
February 13, 2024
Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

WILLIAM KEITH SPEER,                    §
                                        §
      Plaintiff,                       §
                                        §
VS.                                     §        CIVIL ACTION NO. 4:23-cv-3958
                                        §
BOBBY LUMPKIN, et al.                   §
                                        §
      Defendants.                      §

## ORDER

Facing an October 26, 2023, execution date, Texas death-row inmate William Keith Speer filed a civil-rights complaint under 42 U.S.C. § 1983. (Docket Entry No. 1). Speer's complaint raised numerous concerns about the drugs that the Texas Department of Criminal Justice may use to effectuate his death sentence. Speer also moved for a preliminary injunction. (Docket Entry No. 10). On October 24, 2003, the Court denied Speer's motion for a preliminary injunction. (Docket Entry No. 16).

Three motions are pending: (1) a motion to substitute counsel (Docket Entry No. 18); (2) a motion for clarification (Docket Entry No. 19); and (3) an unopposed motion to stay these proceedings (Docket Entry No. 21). The Court grants each of these motions as discussed below.

## I.    Motion to Substitute Counsel

The Court **GRANTS** the pending Motion to Substitute Attorney in Charge. (Docket Entry No. 18). It is **ORDERED** that Assistant Attorney General Michael J. Calb shall be

entered as the attorney in charge and that Stephen M. Hoffman shall remain as co-counsel for Defendants.

## II.    Motion for Clarification

Relying on a few statements in the Court's October 24, 2023 order, the Defendants "presume that it was the Court's intent to deny all of the relief requested in Speer's complaint, not just preliminary injunctive relief." (Docket Entry No. 19 at 4).  The Court considered Speer's motion for a preliminary injunction under a tight timeline with a quickly approaching execution date.  Still, nothing in the Court's order rendered a conclusive decision on Speer's complaint or on the ultimate relief he seeks.  The Court did not issue a final judgment or otherwise indicate a dismissal of this action.  This is still a live case.  The Court, therefore, **GRANTS** the Defendants' motion for clarification only insofar as it clears up any confusion as to whether its earlier order dismissed this action.

## III.    Unopposed Motion For Stay Pending Resolution Of State Court Proceeding

On October 4, 2023, Speer filed a habeas corpus petition in the 5th District Court of Bowie County, Texas, raising issues similar to those in the instant lawsuit.  The state district court denied the writ and the matter is now pending in the Texas Court of Criminal Appeals.  Speer moves to stay the instant action pending the resolution of the parallel state court proceedings.  The Defendants have no objection.

The Court, therefore, **GRANTS** Speer's motion to stay.  (Docket Entry No. 21). The Court **ORDERS** as follows:

1.    All proceedings in this cause are **STAYED** and this cause is held in **ABEYANCE** pending further order from this Court.  The instant proceedings are hereby **ADMINISTRATIVELY CLOSED**.

2.      Every 90 days from the date of this Order, the parties shall file a joint advisory informing the Court of the status of Speer's appeal in state court.

3.      The parties shall notify the Court within 7 days of the entry of judgment when the Texas Court of Criminal Appeals issues its decision on appeal.  Along with that notification, the parties will file a joint motion to reopen these proceedings.  The parties' motion will include a joint proposed scheduling order for the disposition of this cause.

The Clerk will provide copies of this Order to the parties.

SIGNED on _____ **FEB 1 3 2024** _____ at Houston, Texas.

_____
ALFRED H. BENNETT
UNITED STATES DISTRICT JUDGE