IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM KEITH SPEER,<br>*Plaintiff,*<br><br>v.<br><br>BOBBY LUMPKIN, Director,<br>Correctional Institutions Division, Texas Dept.<br>of Criminal Justice;<br><br>KELLY STRONG, Warden,<br>Texas State Penitentiary Huntsville Unit;<br><br>BRYAN COLLIER, Executive Director,<br>Texas Dept. of Criminal Justice;<br><br>*Defendants.* | CASE NO. 4:23-cv-3958<br><br>THIS IS A CAPITAL CASE |

**JOINT ADVISORY REGARDING THE STATUS OF STATE COURT LITIGATION**

On February 13, 2024, the Court stayed this case pending resolution of parallel state court proceedings that raise issues similar to those in this lawsuit. Order, ECF No. 22. The Court ordered the parties to file a joint advisory regarding the status of the appeal every 90 days. The parties last filed a joint advisory on August 12, ECF No. 24, and now file this Joint Advisory.

Speer's appeal from the denial of his state habeas petition concerning lethal injection remains pending before the Texas Court of Criminal Appeals. *See Ex parte Speer*, No. AP-77,119 (Tex. Crim. App.), https://search.txcourts.gov/Case.aspx?cn=AP-77,119&coa=coscca.

                                                  Respectfully submitted,

                                                  Maureen Scott Franco
                                                  Federal Public Defender
                                                  Western District of Texas

                                                  /s/ Joshua Freiman
                                                  Joshua Freiman
                                                  Fed Bar No. 3342395

                                            NY Bar No. 5353545
Donna Coltharp
Assistant Federal Public Defenders
919 Congress Ave., Ste. 950
Austin, Texas 78701
Tel: (737) 207-3010
Email: Joshua_Freiman@fd.org

Marie Hanewinckel (*pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Email: mhanewinckel@cov.com
Email: twinston@cov.com

*Counsel for William Keith Speer*

&

| | |
|---|---|
| **KEN PAXTON**<br>Attorney General of Texas | */s/ Michael J. Calb*<br>**MICHAEL J. CALB** |
| **BRENT WEBSTER**<br>First Assistant Attorney General | Assistant Attorney General<br>Attorney-In-Charge<br>Texas State Bar No. 24077883 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | Michael.Calb@oag.texas.gov |
| **JAMES LLOYD**<br>Deputy Attorney General for Civil Litigation | Law Enforcement Defense Division<br>Office of the Attorney General<br>P.O. Box 12548<br>Austin, Texas 78711-2548<br>(512) 463-2080 |
| **SHANNA E. MOLINARE**<br>Division Chief<br>Law Enforcement Defense Division | **COUNSEL FOR DEFENDANTS** |